NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**RICHARD JOSEPH SOROKA,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

_____

2013-3173

_____

Petition for review of the Merit Systems Protection Board in No. CH0843110788-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Richard Joseph Soroka moves for leave to proceed in forma pauperis.

The court notes that this appeal was dismissed on October 15, 2013 for failure to pay the docketing fee and for failure to submit the Federal Circuit Rule 15(c) statement. The Rule 15(c) statement was filed on November 1,

2                                    SOROKA v. OPM

2013.  We treat Mr. Soroka's motion for leave to proceed in forma pauperis as a motion to reinstate the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2) The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.  Mr. Soroka's opening brief (form enclosed) is due within 21 days of the date of filing this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24